**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMEEN McCALL,  :<br>    Plaintiff,  : | |
| : | CIVIL ACTION |
| v.  : | NO. 19-2568 |
| : | |
| CITY OF PHILADELPHIA et al.,  :<br>    Defendants.  : | |

**ORDER**

**AND NOW**, this 10th day of August 2020, it is **ORDERED** that the Motion of Defendant, Jojo Thazhathel, to Dismiss Under Fed. R. Civ. Pro. 12(b)(6) (ECF No. 28) is **DENIED**.

      _s/ANITA B. BRODY, J._____
      ANITA B. BRODY, J.

Copies via ECF  08/10/2020