IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMEEN McCALL : | |
|    Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 19-cv-2568 |
| : | |
| CORRECTIONS OFFICER : | |
| JOJO THAZHATHEL : | |
|    Defendant. : | |

## ORDER

**AND NOW**, this 18th day of April, 2022, it is **ORDERED** that the Motion for Summary Judgment on Behalf of Defendant, Jojo Thazhathel (ECF No. 62) is **DENIED**.

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.

Copies **VIA ECF** on

1